UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAYLA WIEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-02269-RLY-MG |
| | ) |
| HOSS CANTEEN, INC. d/b/a BIG LUG CANTEEN, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Today, the court approved the parties' settlement agreement and dismissed the action on a joint motion by the parties. The court now enters final judgment.

**IT IS SO ORDERED** this 13th day of January 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.